UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

OLD REPUBLIC NATIONAL TITLE
INSURANCE COMPANY as Subrogee for
ANDERS BENNEGARD,
as Trustee of THE BENNEGARD FAMILY
TRUST dated September 15, 2020 and
CAROLYN NORDOFF a/k/a C. NORDOFF,

Plaintiff,

vs.                                                    CASE NO._____

CHARLES P. RETTIG, COMMISSIONER OF
INTERNAL REVENUE,

Defendant.

_____/

## COMPLAINT

Plaintiff, OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY as Subrogee for ANDERS BENNEGARD, as Trustee of THE BENNEGARD FAMILY TRUST dated September 15, 2020 and CAROLYN NORDOFF a/k/a C. NORDOFF ("Old Republic") sues Defendant, CHARLES R. RETTIG, COMMISSIONER OF INTERNAL REVENUE ("IRS"), and alleges:

## GENERAL ALLEGATIONS

### Jurisdiction and Venue

1.      This is an action for unjust enrichment, wrongful levy pursuant to IRC § 7426 and declaratory relief relative to the refund of tax withholdings pursuant to

the Foreign Investment in Real Property Tax Act (FIRPTA) related to a fraudulent real estate transaction.

2.     Old Republic is a Florida corporation with its principal place of business at 3000 Bayport Drive, Suite 1000, Tampa, Florida 33607.

3.     Commissioner presides over the INTERNAL REVENUE SERVICE, a United States government agency responsible for the collection of taxes and enforcement of tax laws.

4.     Subject matter jurisdiction exists pursuant to 28 U.S.C. § 1442; § 1340; and § 1346 because the IRS is acting on behalf of the United States and is an agency thereof and the dispute involves the collection of revenue.

5.     Venue of this action is properly within the Middle District of Florida because it arises from a fraudulent real estate transaction that occurred in Charlotte County, Florida.

## Background

6.     On or about December 16, 2021, an elaborate forgery and scheme was used to steal proceeds from the attempted purchase of real property located at 1342 Osprey Drive, Punta Gorda, Florida and Old Republic was the title insurer for the purchasers of the property.

7.      Marion Hof is the fee simple owner of real property commonly referred to as 1342 Osprey Drive, Punta Gorda, Florida 33950 which is legally described as:

> Lot 18, Block 221 Punta Gorda Isles, Section 14, according to the plat thereof as recorded in Plat Book 8, Page 9, of the Public Records of Charlotte County, Florida

(the "Property").

8.    On December 16, 2021 Marion Hof purportedly conveyed the Property to Andres Bennegard, as Trustee of the Bennegard Family Trust dated September 25, 2020 and Carolyn Nordoff (collectively referred to as "Purchasers") via warranty deed which is recorded in Official Records Book 4895, Page 1197 of the Public Records of Charlotte County, Florida (the "Warranty Deed").

9.    The Purchasers paid $270,000 in exchange for the Warranty Deed for the Property.

10.    As part of the transaction, Old Republic insured the purchase of the Property with a policy limit of $270,000.

11.    On January 26, 2022, Marion Hof filed suit to quiet title to the Property and rescind the Warranty Deed alleging the Warranty Deed was forged and therefore void.

12.    Further investigation revealed an elaborate fraudulent scheme in which a fake notary was utilized purportedly from the US Embassy in London and a fake passport was submitted as proof of identification.

13.    Old Republic paid the Purchasers $270,000 for a complete failure of title due to the fraudulent transaction.

14.    As part of the closing transaction, the Purchasers withheld $40,500 in FIRPTA withholdings because Marion Hof is a foreign individual. The $40,500 was

transferred to the IRS. Copies of the closing statement and the check to the IRS are attached hereto as **Exhibit "A."**

15.    The IRS received $40,500 for foreign real estate taxes in connection with the closing.

16.    On February 18, 2022, the Purchasers sent a letter to the IRS and also completed form 3949-A informing the IRS of the fraud and requesting a return of the $40,500. A copy of the letter is attached hereto as **Exhibit "B."**

17.    As of the date of filing this pleading, no response to the demand letter has been received.

18.    Because the transaction was a fraud and void ab initio, no taxable event occurred. Old Republic, as subrogee of the Purchasers is entitled to a refund of the FIRPTA withholdings.

19.    All conditions precedent to the filing of this action have been satisfied or waived.

## <u>COUNT I – UNJUST ENRICHMENT</u>

20.    This is a cause of action for unjust enrichment against the IRS.

21.    Plaintiff re-alleges paragraphs 1-19 as if restated herein.

22.    The Purchasers conferred a benefit upon the IRS by transferring $40,500.00 in anticipated FIRPTA withholdings.

23.    The IRS has knowledge of the benefit received.

24.    The IRS has accepted and retained the benefit of the $40,500.

25.     The circumstances are such that it would be inequitable for the IRS to retain the benefit received because no taxable event occurred due to the forged and fraudulently conveyed void Warranty Deed.

26.     As a result of the forgery and fraudulent transaction, Old Republic has been damaged.

WHEREFORE, Old Republic, requests entry of a judgment in its favor for $40,500, interest, costs, and for such other relief as this Court may deem proper.

## COUNT II – DECLARATORY RELIEF

27.     This is a cause of action for declaratory relief.

28.     Plaintiff re-alleges paragraphs 1-19 as if restated herein.

29.     A justiciable controversy exists as to the proper entitlement to the $40,500.00 being withheld pursuant to FIRPTA for a transaction of real property that is void.

30.     Old Republic has suffered and is continuing to suffer an injury in fact by the IRS continuing to withhold the $40,500.

31.     Old Republic contends that it has the right to the $40,500.00 as Subrogee of the Purchasers because no taxable event has occurred to which taxes should be paid.

32.     Tax liability is not directly in dispute and Old Republic has no adequate remedy at law to recover the $40,500 and a judgment would not have the effect of retraining assessment or collection of taxes.

33.    There is a bona fide, actual, present and practical need for a declaration of the rights of the parties.

34.    Old Republic is in doubt as to the existence or non-existence of its rights and privileges, and is entitled to have such doubt removed.

35.    There is a bona fide dispute between Old Republic and the IRS and there is a justiciable question as to the existence or non-existence of some right, status, immunity, power or privilege, or as to some fact upon which the existence of such right, status, immunity, power or privilege does or may depend and the Club is in doubt as to its rights.

WHEREFORE, Old Republic, requests entry of a declaratory judgment declaring it the rightful owner of the $40,500 currently being withheld for FIRPTA, supplemental relief ordering the IRS to refund the $40,500 to Old Republic, and for such other relief as this Court may deem proper.

ADAMS AND REESE LLP
1515 Ringling Boulevard, Suite 700
Sarasota, Florida 34236
Primary: drew.chesanek@arlaw.com
Secondary: lisa.wilkinson@arlaw.com
Secondary: helen.martin@arlaw.com
Telephone: (941) 316-7600


By: */s/ Drew F. Chesanek*
        Drew F. Chesanek
        Florida Bar No. 115933

DocuSign Envelope ID: E178AF09-DE6D-424D-9C9F-4465FF463B97

Buyer/Seller
Settlement Statement

**A. Settlement Statement**

**B. Type of Loan**

| ○ 1. FHA  ○ 2. FmHA  ○ 3. Conv. Unins. | 6. File Number | 7. Loan Number | 8. Mortg. Ins. Case Num. |
|---|---|---|---|
| ○ 4. V.A.  ○ 5. Conv. Ins. | 006000.2298 | ID: | |

**C.** NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown here. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

**D. NAME OF BUYER:** ANDERS BENNEGARD as Trustee of the THE BENNEGARD FAMILY TRUST, dated September 15, 2020 and CAROLYN NORDOFF
Address of Buyer: 1439 Casey Key Ct, Punta Gorda, Florida 33950

**E. NAME OF SELLER:** MARION HOF
Address of Seller: Blacbean Farm Elham, Canterbury Kent CT46L United Kingdom    TIN:

**F. NAME OF LENDER:**
Address of Lender:

**G. PROPERTY LOCATION:** 1342 Osprey Dr, Punta Gorda, Florida 33950

**H. SETTLEMENT AGENT:** FARR, FARR, EMERICH, HACKETT, CARR & HOLMES, P.A.    TIN: 59-2499343
Place of Settlement: 99 Nesbit Street, Punta Gorda, Florida 33950    Phone: 941-639-1158

**I. SETTLEMENT DATE:** 12/16/21    DISBURSEMENT DATE: 12/16/21

| J. Summary of buyer's transaction | | K. Summary of seller's transaction | |
|---|---|---|---|
| **100. Gross amount due from buyer:** | | **400. Gross amount due to seller:** | |
| 101. Contract sales price | 270,000.00 | 401. Contract sales price | 270,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to buyer (Line 1400) | 10.00 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| **Adjustments for items paid by seller in advance:** | | **Adjustments for items paid by seller in advance:** | |
| 106. City/town taxes | | 406. City/town taxes | |
| 107. County taxes from 12/15/21 to 12/31/21 | 138.45 | 407. County taxes from 12/15/21 to 12/31/21 | 138.45 |
| 108. Assessments | | 408. Assessments | |
| 109. Non-Ad Valorem Assessments from 12/15/21 to 09/30/22 | 661.29 | 409. Non-Ad Valorem Assessments from 12/15/21 to 09/30/22 | 661.29 |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. Gross amount due from buyer:** | 270,809.74 | **420. Gross amount due to seller:** | 270,799.74 |
| **200. Amounts paid by or in behalf of buyer:** | | **500. Reductions in amount due to seller:** | |
| 201. Deposit or earnest money | 10,000.00 | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | 16,040.00 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. Principal amount of second mortgage | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. Deposits held by seller | |
| 207. Principal amt of mortgage held by seller | | 507. Principal amt of mortgage held by seller | |
| 208. | | 508. 15% FIRPTA Withholding | 40,500.00 |
| 209. | | 509. | |
| **Adjustments for items unpaid by seller:** | | **Adjustments for items unpaid by seller:** | |
| 210. City/town taxes | | 510. City/town taxes | |
| 211. County taxes | | 511. County taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total paid by/for buyer:** | 10,000.00 | **520. Total reductions in amount due seller:** | 56,540.00 |
| **300. Cash at settlement from/to buyer:** | | **600. Cash at settlement to/from seller:** | |
| 301. Gross amount due from buyer (line 120) | 270,809.74 | 601. Gross amount due to seller (line 420) | 270,799.74 |
| 302. Less amount paid by/for the buyer (line 220) | (10,000.00) | 602. Less total reductions in amount due seller (line 520) | (56,540.00) |
| 303. Cash ( ☑ From ☐ To ) Buyer: | 260,809.74 | 603. Cash ( ☑ To ☐ From ) Seller: | 214,259.74 |

Substitute Form 1099 Seller Statement:     The information contained in blocks E, G, H, and I and on line 401 is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported.

Seller Instructions:    To determine if you have to report the sale or exchange of your main home on your tax return, see Instructions for Schedule D (Form 1040 or 1040-SR). If not your main home, report the transaction on Form 4797, Form 6252, and/or Schedule D for the appropriate income tax form.

Buyer's Initial(s):  —DS— [AB]  —DS— [CN]    Seller's Initial(s):

DoubleTime®

# Exhibit A

DocuSign Envelope ID: E178A??9-DE6D-424D-9C9F-4465FF463B97

| L. Settlement charges | | | | Buyer POC Seller POC | Paid from Buyer's Funds at Settlement | Paid from Seller's Funds at Settlement |
|---|---|---|---|---|---|---|
| 700. Total Sales/Brokers Com. based on price | | $270,000.00 | 4.5000 % = | 12,150.00 | | |
| 701. | 6,075.00 | 2.2500 % to RE/MAX HARBOR REALTY | | | | |
| 702. | 6,075.00 | 2.2500 % to RE/MAX HARBOR REALTY | | | | |
| 703. Commission paid at settlement | | | | | | 12,150.00 |
| 704. | | to | | | | |
| **800. Items payable in connection with loan:** | | | | Buyer POC Seller POC | | |
| 801. Loan origination fee | | % to | | | | |
| 802. Loan discount | | % to | | | | |
| 803. Appraisal fee | | to | | | | |
| 804. Credit report | | to | | | | |
| 805. Lender's inspection fee | | to | | | | |
| 806. Mortgage insurance application fee | | to | | | | |
| 807. Assumption Fee | | to | | | | |
| 808. | | to | | | | |
| 809. | | to | | | | |
| 810. | | to | | | | |
| 811. | | to | | | | |
| **900. Items required by lender to be paid in advance:** | | | | Buyer POC Seller POC | | |
| 901. Interest from | | to | @ | /day | | |
| 902. Mortgage insurance premium for | | months to | | | | |
| 903. Hazard insurance premium for | | years to | | | | |
| 904. Flood insurance premium for | | years to | | | | |
| 905. | | years to | | | | |
| **1000. Reserves deposited with lender:** | | | | Buyer POC Seller POC | | |
| 1001. Hazard insurance | | months @ | per month | | | |
| 1002. Mortgage insurance | | months @ | per month | | | |
| 1003. City property taxes | | months @ | per month | | | |
| 1004. County property taxes | | months @ | per month | | | |
| 1005. Annual assessments | | months @ | per month | | | |
| 1006. Flood insurance | | months @ | per month | | | |
| 1007. | | months @ | per month | | | |
| 1008. | | months @ | per month | | | |
| 1009. Aggregate accounting adjustment | | | | | | |
| **1100. Title charges:** | | | | Buyer POC Seller POC | | |
| 1101. Settlement or closing fee | | to FARR, FARR, EMERICH, HACKETT, CARR & HOLME | | | | 250.00 |
| 1102. Abstract or title search | | to ATTORNEYS' TITLE FUND SERVICES, LLC | | | | 75.00 |
| 1103. Title examination | | to | | | | |
| 1104. Title insurance binder | | to | | | | |
| 1105. Document preparation | | to | | | | |
| 1106. Notary fees | | to | | | | |
| 1107. Attorney's Fees | | to | | | | |
| (includes above item numbers: | | | | ) | | |
| 1108. Title Insurance | | to Old Republic National Title Insurance Company/FARR, FARR | | | | 1,425.00 |
| (includes above item numbers: | | | | ) | | |
| 1109. Lender's coverage (Premium): | | | | | | |
| 1110. Owner's coverage (Premium): | $270,000.00 ($1,425.00) | | | | | |
| 1111. Endorse: | | | | | | |
| 1112. Preparation of FIRPTA documents and t | | to FARR, FARR, EMERICH, HACKETT, CARR & HOLM | | | | 250.00 |
| 1113. | | to | | | | |
| **1200. Government recording and transfer charges:** | | | | | | |
| 1201. Recording fees | Deed | $10.00 Mortgage(s) | Releases | | 10.00 | |
| 1202. City/county tax/stamps | Deed | Mortgage(s) | | | | |
| 1203. State tax/stamps | Deed | $1,890.00 Mortgage(s) | | | | 1,890.00 |
| 1204. | | to | | | | |
| 1205. | | to | | | | |
| **1300. Additional settlement charges:** | | | | Buyer POC Seller POC | | |
| 1301. Survey | | to | | | | |
| 1302. Pest Inspection | | to | | | | |
| 1303. | | to | | | | |
| 1304. | | to | | | | |
| 1305. | | to | | | | |
| 1306. | | to | | | | |
| 1307. | | to | | | | |
| 1308. | | to | | | | |
| 1309. | | | | | | |
| **1400. Total settlement charges:** | | | | | 10.00 | 16,040.00 |

( Enter on lines 103, Section J and 502, Section K )

I have carefully reviewed the Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the Settlement Statement.

_Anders Bennegard_ _____ Buyer      _____ Seller
ANDERS BENNEGARD, Trustee                              MARION HOF

_Carolyn Nordoff_ _____ Buyer      _____ Seller
CAROLYN NORDOFF

The Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused, or will cause, the funds to be disbursed in accordance with this statement.

FARR, FARR, EMERICH, HACKETT, CARR & HOLMES, P.A.

By: _Judy Emerich / ss_ _____      _12 . 16 . 21_
As its Authorized Representative                              Date

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

DoubleTime®

# Exhibit A

DocuSign Envelope ID: 72BCD2D0-1079-4AA4-B02D-F87B4FF56670

**A. Settlement Statement** — Buyer/Seller Settlement Statement

**B. Type of Loan**

| ○ 1. FHA | ○ 2. FmHA | ○ 3. Conv. Unins. | 6. File Number | 7. Loan Number | 8. Mortg. Ins. Case Num. |
|---|---|---|---|---|---|
| ○ 4. V.A. | ○ 5. Conv. Ins. | | 008000.2298 | ID: | |

**C. NOTE:** This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| | |
|---|---|
| **D. NAME OF BUYER:** | ANDERS BENNEGARD as Trustee of the THE BENNEGARD FAMILY TRUST, dated September 15, 2020 and CAROLYN NORDOFF |
| Address of Buyer: | 1439 Casey Key Ct, Punta Gorda, Florida 33950 |
| **E. NAME OF SELLER:** | MARION HOF |
| Address of Seller: | Bladbean Farm Elham, Canterbury Kent CT46L United Kingdom     TIN: |
| **F. NAME OF LENDER:** | |
| Address of Lender: | |
| **G. PROPERTY LOCATION:** | 1342 Osprey Dr, Punta Gorda, Florida 33950 |
| **H. SETTLEMENT AGENT:** | FARR, FARR, EMERICH, HACKETT, CARR & HOLMES, P.A.     TIN: 59-2499343 |
| Place of Settlement: | 99 Nesbit Street, Punta Gorda, Florida 33950     Phone: 941-639-1158 |
| **I. SETTLEMENT DATE:** | 12/16/21     DISBURSEMENT DATE: 12/16/21 |

| J. Summary of buyer's transaction | | K. Summary of seller's transaction | |
|---|---|---|---|
| **100. Gross amount due from buyer:** | | **400. Gross amount due to seller:** | |
| 101. Contract sales price | 270,000.00 | 401. Contract sales price | 270,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to buyer (Line 1400) | 10.00 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| **Adjustments for items paid by seller in advance:** | | **Adjustments for items paid by seller in advance:** | |
| 106. City/town taxes | | 406. City/town taxes | |
| 107. County taxes from 12/15/21 to 12/31/21 | 138.45 | 407. County taxes from 12/15/21 to 12/31/21 | 138.45 |
| 108. Assessments | | 408. Assessments | |
| 109. Non-Ad Valorem Assessments from 12/15/21 to 09/30/22 | 661.29 | 409. Non-Ad Valorem Assessments from 12/15/21 to 09/30/22 | 661.29 |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. Gross amount due from buyer:** | 270,809.74 | **420. Gross amount due to seller:** | 270,799.74 |
| **200. Amounts paid or in behalf of buyer:** | | **500. Reductions in amount due to seller:** | |
| 201. Deposit or earnest money | 10,000.00 | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | 16,040.00 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. Principal amount of second mortgage | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. Deposits held by seller | |
| 207. Principal amt of mortgage held by seller: | | 507. Principal amt of mortgage held by seller | |
| 208. | | 508. 15% FIRPTA Withholding | 40,500.00 |
| 209. | | 509. | |
| **Adjustments for items unpaid by seller:** | | **Adjustments for items unpaid by seller:** | |
| 210. City/town taxes | | 510. City/town taxes | |
| 211. County taxes | | 511. County taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total paid by/for buyer:** | 10,000.00 | **520. Total reductions in amount due seller:** | 56,540.00 |
| **300. Cash at settlement from/to buyer:** | | **600. Cash at settlement to/from seller:** | |
| 301. Gross amount due from buyer (line 120) | 270,809.74 | 601. Gross amount due to seller (line 420) | 270,799.74 |
| 302. Less amount paid by/for the buyer (line 220) | (10,000.00) | 602. Less total reductions in amount due seller (line 520) | (56,540.00) |
| 303. Cash ( ☑ From ☐ To ) Buyer: | 260,809.74 | 603. Cash ( ☑ To ☐ From ) Seller: | 214,259.74 |

**Substitute Form 1099 Seller Statement:** The information contained in blocks E, G, H, and I and on line 401 is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported.

**Seller Instructions:** To determine if you have to report the sale or exchange of your main home on your tax return, see Instructions for Schedule D (Form 1040 or 1040-SR). If not your main home, report the transaction on Form 4797, Form 6252, and/or Schedule D for the appropriate income tax form.

Buyer's Initial(s):                    Seller's Initial(s): MH

DoubleTime®

# Exhibit A

DocuSign Envelope ID: 72BC???0-1079-4AA4-B02D-F87B4FF56670

Page 2

| L. Settlement charges: | | | | Buyer POC  Seller POC | Paid from Buyer's Funds at Settlement | Paid from Seller's Funds at Settlement |
|---|---|---|---|---|---|---|
| 700. Total Sales/Brokers Com. based on price | | $270,000.00 @ | 4.5000 % = 12,150.00 | | | |
| 701. | 6,075.00 | 2.2500 % to RE/MAX HARBOR REALTY | | | | |
| 702. | 6,075.00 | 2.2500 % to RE/MAX HARBOR REALTY | | | | |
| 703. Commission paid at settlement | | | | | | 12,150.00 |
| 704. | | to | | | | |
| 800. Items payable in connection with loan: | | | | Buyer POC  Seller POC | | |
| 801. Loan origination fee | | % to | | | | |
| 802. Loan discount | | % to | | | | |
| 803. Appraisal fee | | to | | | | |
| 804. Credit report | | to | | | | |
| 805. Lender's inspection fee | | to | | | | |
| 806. Mortgage insurance application fee | | to | | | | |
| 807. Assumption Fee | | to | | | | |
| 808. | | to | | | | |
| 809. | | to | | | | |
| 810. | | to | | | | |
| 811. | | to | | | | |
| 900. Items required by lender to be paid in advance: | | | | Buyer POC  Seller POC | | |
| 901. Interest from | | to @ | /day | | | |
| 902. Mortgage insurance premium for | | months to | | | | |
| 903. Hazard insurance premium for | | years to | | | | |
| 904. Flood insurance premium for | | years to | | | | |
| 905. | | years to | | | | |
| 1000. Reserves deposited with lender: | | | | Buyer POC  Seller POC | | |
| 1001. Hazard insurance | | months @ | per month | | | |
| 1002. Mortgage insurance | | months @ | per month | | | |
| 1003. City property taxes | | months @ | per month | | | |
| 1004. County property taxes | | months @ | per month | | | |
| 1005. Annual assessments | | months @ | per month | | | |
| 1006. Flood insurance | | months @ | per month | | | |
| 1007. | | months @ | per month | | | |
| 1008. | | months @ | per month | | | |
| 1009. Aggregate accounting adjustment | | | | | | |
| 1100. Title charges: | | | | Buyer POC  Seller POC | | |
| 1101. Settlement or closing fee | | to FARR, FARR, EMERICH, HACKETT, CARR & HOLME | | | | 250.00 |
| 1102. Abstract or title search | | to ATTORNEYS' TITLE FUND SERVICES, LLC | | | | 75.00 |
| 1103. Title examination | | to | | | | |
| 1104. Title insurance binder | | to | | | | |
| 1105. Document preparation | | to | | | | |
| 1106. Notary fees | | to | | | | |
| 1107. Attorney's Fees | | to | | | | |
| (includes above item numbers: | | | | ) | | |
| 1108. Title Insurance | | to Old Republic National Title Insurance Company/FARR, FARR | | | | 1,425.00 |
| (includes above item numbers: | | | | ) | | |
| 1109. Lender's coverage (Premium): | | | | | | |
| 1110. Owner's coverage (Premium): | $270,000.00 ($1,425.00) | | | | | |
| 1111. Endorse: | | | | | | |
| 1112. Preparation of FIRPTA documents and t | | to FARR, FARR, EMERICH, HACKETT, CARR & HOLM | | | | 250.00 |
| 1113. | | to | | | | |
| 1200. Government recording and transfer charges: | | | | | | |
| 1201. Recording fees | Deed | $10.00 Mortgage(s) | Releases | | 10.00 | |
| 1202. City/county tax/stamps | Deed | Mortgage(s) | | | | |
| 1203. State tax/stamps | Deed | $1,890.00 Mortgage(s) | | | | 1,890.00 |
| 1204. | | to | | | | |
| 1205. | | to | | | | |
| 1300. Additional settlement charges: | | | | Buyer POC  Seller POC | | |
| 1301. Survey | | to | | | | |
| 1302. Pest Inspection | | to | | | | |
| 1303. | | to | | | | |
| 1304. | | to | | | | |
| 1305. | | to | | | | |
| 1306. | | to | | | | |
| 1307. | | to | | | | |
| 1308. | | to | | | | |
| 1309. | | | | | | |
| 1400. Total settlement charges: | | | | | 10.00 | 16,040.00 |

( Enter on lines 103, Section J and 502, Section K )

I have carefully reviewed the Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the Settlement Statement.

_____  Buyer        Manou Hof       _____ Seller
ANDERS BENNEGARD, Trustee              MARION HOF

_____  Buyer        _____ Seller
CAROLYN NORDOFF

The Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused, or will cause, the funds to be disbursed in accordance with this statement.

FARR, FARR, EMERICH, HACKETT, CARR & HOLMES, P.A.
By: _____          12 · 16 · 21
As Its Authorized Representative      Date

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

DoubleTime®

# Exhibit A

# FARR, FARR, EMERICH, HACKETT, CARR & HOLMES, P.A.

99 Nesbit Street
Punta Gorda, Florida 33950
Phone: (941) 639-1158
Fax:    (941) 505-9999

## Closing Statement Addendum

Seller:             **MARION HOF**
Buyer:              **ANDERS BENNEGARD as Trustee of the THE BENNEGARD FAMILY TRUST, dated September 15, 2020 and CAROLYN NORDOFF**
Property:           **1342 Osprey Dr, Punta Gorda, FL 33950**
Closing Agent:      **FARR, FARR, EMERICH, HACKETT, CARR & HOLMES, P.A.**

**TAX PRORATIONS:** If the most recent property tax bill issued does not cover through the closing date, then the tax prorations set forth on the settlement statement are based upon estimated taxes for the calendar year of closing in the amount of $3,158.40 and non-ad valorem assessements based on the fiscal year in the amount of $835.20. The basis of proration as set forth on the settlement statement is hereby accepted by the parties to this transaction.  Closing Agent is not liable or responsible for adjustment or re-proration of taxes.  Closing Agent is not responsible or liable for additional taxes, other charges or tax refunds, if any.

**AGREEMENT TO COOPERATE:** If requested by Lender (if any), Closing Agent, Title Agent or Title Underwriter, the parties agree to fully cooperate and adjust for clerical errors, including the execution or re-execution of any reasonable documentation and/or the remittance of any additional sums.

**HOMEOWNER'S/CONDOMINIUM ASSOCIATIONS:** (if applicable) The Buyer(s) acknowledge(s) the existence of any homeowner's and/or condominium association(s) and is aware that monthly, quarterly or annual maintenance assessments may be due to said association(s).  Said association(s) may also have the authority to regulate and enforce community covenants and restrictions.  The Buyer hereby acknowledges receipt of a copy of any association estoppel letters for the subject transaction.

**MISCELLANEOUS:** Closing Agent does not make any representations or warranties nor assumes any liability with respect to the physical condition of the property, the existence of wood destroying organisms, mold, or any repairs to the property. Buyer has had the opportunity to inspect the property and obtain a Wood Destroying Organisms (WDO) Report. Buyer has been advised and encouraged to secure hazard insurance coverage prior to completion of closing.  If a survey was prepared for the subject transaction, then the Buyer hereby acknowledges receipt of a copy thereof.  The buyer has reviewed said survey and accepts title subject to the matters set forth thereon.  Buyer has received and reviewed the proposed deed and is satisfied with and approves the manner which title is being held.

**DISBURSEMENT AUTHORIZATION, ETC.:** Closing Agent does not adjust or assume liability for charges for water, rents, gas, electricity, taxes on personal property, garbage taxes or fees, license fees or taxes, service/maintenance contracts (past control, appliance maintenance, pool care, lawn care, alarm systems, etc.), association assessments or dues, or estoppel information furnished by mortgagees or others.  The settlement statement has been reviewed and approved and Closing Agent is irrevocably authorized and directed to complete the closing of the transaction and make disbursement in accordance therewith.  In the event of any error of $10.00 or less as reflected on the Settlement Statement for recording fees or other payment to the Clerk, Buyer and Seller hereby waive any claim against the Closing Agent for any overpayment which may be retained by Closing Agent and Closing Agent hereby waives any claim against Buyer or Seller for any such shortage.  If, through no fault of the Closing Agent, a party is unable to locate a check issued at the time of closing or mailed to the address provided in this Closing Statement Addendum and it is subsequently lost or misplaced, a stop payment fee of $25.00 will be assessed against any replacement check issued.  No lost checks under the amount of $25.00 will be reissued at any time. Closing Agent assumes no responsibility for any delay in receiving wired funds after closing that may be caused by inaccurate information. Should a wire be returned to Closing Agent due to inaccurate information, any fee imposed by your financial institution will be deducted from the amount of funds being re-wired to your account.  In the event of mortgage assumption, if Seller has received a credit for the escrow account balance, then Seller hereby assigns all right, title and interest in said account to Buyer.  Seller, Buyer, and Borrower are used for singular or plural, as the context so requires or admits.  This Agreement is being provided as an inducement for Closing Agent to serve as the closing agent and for Title Agent and Title Underwriter to issue title insurance on the subject transaction.

DoubleTime®

**Exhibit A**

**FARR LAW FIRM E-NEWSLETTER:** Would you like to receive the Farr Law Firm monthly e-newsletter about informative legal topics?

If yes, please Print Name:_____
Email Address:_____

If yes, please Print Name:_____
Email Address:_____

**SELLER'S POST CLOSING MAILING ADDRESS AND PHONE NUMBER:**

_____

_____    Phone:_____

**BUYER'S POST CLOSING MAILING ADDRESS AND PHONE NUMBER:**

[ ] 1342 Osprey Dr, Punta Gorda, FL 33950

or
_carolynnordoff@sbcglobal.net_
_a.bennegard@etto.net_    Phone:_____

Buyer:

_____
ANDERS BENNEGARD, Trustee

_____
CAROLYN NORDOFF

Seller:

_____
MARION HOF

*Closing Statement Addendum - Page 2*                    DoubleTime®

**Exhibit A**

FARR LAW FIRM E-NEWSLETTER: Would you like to receive the Farr Law Firm monthly e-newsletter about informative legal topics?

If yes, please Print Name: _____
Email Address: _____

If yes, please Print Name: _____
Email Address: _____

SELLER'S POST CLOSING MAILING ADDRESS AND PHONE NUMBER:

BLADBEAN FARM ELHAM CANTERBURY

KENT CT4 6LU UNITED KINGDOM   Phone: _____

BUYER'S POST CLOSING MAILING ADDRESS AND PHONE NUMBER:

| | 1342 Osprey Dr, Punta Gorda, FL 33950

or

_____

_____                    Phone: _____

Buyer:

_____
ANDERS BENNEGARD, Trustee

_____
CAROLYN NORDOFF

Seller:

_____
MARION HOF

*Closing Statement Addendum - Page 2*                    DoubleTime®

**Exhibit A**



34075

**FARR, FARR, EMERICH, HACKETT CARR AND HOLMES, P.A.**
IOTA TRUST ACCOUNT REAL ESTATE
99 NESBIT STREET
PUNTA GORDA, FL 33950

SUNTRUST
ACH RT 061000104
63-215-631

DATE                    AMOUNT
12/8/2021          ***40,500.00

PAY

      ***Forty Thousand Five Hundred  and 00/100***

TO THE
ORDER OF      IRS                                VOID AFTER 180 DAYS

                                                AUTHORIZED SIGNATURE

15% FIRPTA Withholding - 008000.2298

⑆00034075⑈ ⑆063102152⑈             2007⑈

**FARR, FARR, EMERICH, HACKETT, CARR AND HOLMES, P.A.**                    34075

| Date | Payee | Closing File | AMOUNT |
|---|---|---|---|
| 12/8/2021 | IRS | 008000.2298 | $40,500.00 |

Buyer: ANDERS BENNEGARD as Trustee of the THE BENNEGARD FAMILY TRUST, dated September 15, 2020 and CAROLYN
Seller: MARION HOF
        15% FIRPTA Withholding - $40,500.00

**FARR, FARR, EMERICH, HACKETT, CARR AND HOLMES, P.A.**                    34075

EGP BUSINESS SOLUTIONS 1-800-379-7969

33160W   7288713400
D48Q77 STKDW03 11/03/2021 18:55 -229-

**Exhibit A**



**ADAMS AND REESE** LLP

Attorneys at Law
Alabama
**Florida**
Georgia
Louisiana
Mississippi
South Carolina
Tennessee
Texas
Washington, DC

**Drew F. Chesanek**
Associate
Direct: 941.316.7653
E-Fax: 941.316.7960
drew.chesanek@arlaw.com

February 18, 2022

Internal Revenue Service
P.O. Box 3801
Ogden, UT  84409

     Re:   *Marion Hof/Anders Bennegard*

To whom it may concern:

     Our firm represents Anders Bennegard as Trustee and Carolyn Nordoff ("Buyers"), the grantees of real property located in Charlotte County, Florida in exchange for $270,000.

     Enclosed you will find form 3949-A informing the IRS of an alleged fraud upon the Buyers. The Seller of the property, Marion Hof, is a foreign individual who has brought suit claiming the transaction in which the real property was conveyed to the Buyers was fraudulent in that she never signed any of the closing documents, had no desire to sell her property, and was completely unaware the transaction had occurred.

     As part of the transaction, the Buyers withheld $40,500 in FIRPTA withholdings via form 8288. It is believe the funds are still within the IRS's possession. In the event the claims by Ms. Hof are true, Buyers are entitled to a return of the FIRPTA withholdings as no transaction, and thus no taxable event would have transpired. Buyers are fearful the alleged "fraudster" will seek to release the funds being held by the IRS in furtherance of their nefarious scheme.

     Should you have any questions please feel free to contact me directly at 941-316-7653 or via email drew.chesanek@arlaw.com. Thank you for your consideration.

     Regards,

     */s/ Drew F. Chesanek*

     Drew F. Chesanek, Esquire

**Exhibit B**

| Form **3949-A** (October 2020) | Department of the Treasury - Internal Revenue Service<br>**Information Referral**<br>*(See instructions on reverse)* | OMB Number<br>1545-1960 |
|---|---|---|

Use this form to report suspected tax law violations by a person or a business.

**CAUTION: READ THE INSTRUCTIONS BEFORE COMPLETING THIS FORM. There may be other more appropriate forms specific to your complaint. (For example, if you suspect your identity was stolen, use Form 14039.)**

## Section A – Information About the Person or Business You Are Reporting

Complete 1, if you are reporting an Individual. Complete 2, if you are reporting a business only. Complete 1 and 2 if you are reporting a business and its owner. *(Leave blank any lines you do not know.)*

| 1a. Name of individual<br>Marion Hof | b. Social Security Number/TIN | c. Date of birth |
|---|---|---|
| d. Street address<br>Bladbean Farm Elham Canterbury | e. City<br>Kent | f. State<br>ITL ▼  g. ZIP code<br>UK |
| h. Occupation | i. Email address | |

j. Marital status *(check one, if known)*
☐ Married  ☐ Single  ☐ Head of Household  ☐ Divorced  ☐ Separated  | k. Name of spouse

| 2a. Name of business | b. Employer Tax ID number (EIN) | c. Telephone number |
|---|---|---|
| d. Street address | e. City | f. State ▼  g. ZIP code |
| h. Email address | i. Website | |

## Section B – Describe the Alleged Violation of Income Tax Law

3. Alleged violation of income tax law. *(Check all that apply.)*

☐ False Exemption ☒ Unsubstantiated Income ☐ Unreported Income ☐ Failure to Withhold Tax
☐ False Deductions ☐ Earned Income Credit ☐ Narcotics Income ☐ Failure to File Return
☐ Multiple Filings ☐ Public/Political Corruption ☐ Kickback ☐ Failure to Pay Tax
☒ Organized Crime ☒ False/Altered Documents ☐ Wagering/Gambling ☒ Other *(describe in 5)*

4. Unreported income and tax years
Fill in Tax Years and dollar amounts, if known *(e.g., TY 2010- $10,000)*

TY ____ $ _____ TY ____ $ _____ TY ____ $ _____ TY ____ $ _____ TY ____ $ _____ TY ____ $ _____

5. Comments *(Briefly describe the facts of the alleged violation-Who/What/Where/When/How you learned about and obtained the information in this report. Attach another sheet, if needed.)*

On 12/16/2021, Andy Bennegard as Trustee of the Bennegard Family Trust and Carolyn Nordoff paid $270,000.00 to purchase real property in Punta Gorda, Florida legally described as Lot 18, Block 221, Section 14 Punta Gorda Isles, according to plat thereof recorded in Plat Book 8, Page 9, Public Records, Charlotte County, Florida a/k/a 1342 Osprey Dr. Punta Gorda, FL 33950. The Seller, Marion Hoff alleges her identity was stolen and the deed to the Buyers is a forgery and thus void. As part of the transaction, a total of $40,500.00 was withheld and transfered to the IRS via Form 8288 for FIRPTA withholding. In the event Marion Hoff's allegations are true, we want to prevent the fraudster from collecting the remaining funds from the IRS and have the funds returned to the Buyers.

6. Additional information. Answer these questions, if possible. Otherwise, leave blank.
 a. Are book/records available? *(If available, do not send now. We will contact you, if they are needed for an investigation.)*  ☒ Yes ☐ No
 b. Do you consider the taxpayer dangerous  ☐ Yes ☐ No
 c. Banks, Financial Institutions used by the taxpayer

| Name | Name |
|---|---|
| Street address | Street address |
| City   State ▼   ZIP code | City   State ▼   ZIP code |

## Section C – Information About Yourself

*(We never share this information with the person or business you are reporting.)*
This information is not required to process your report, but would be helpful if we need to contact you for any additional information.

| 7a. Your name<br>Drew Chesanek, Esq. | b. Telephone number<br>941-316-7653 | c. Best time to call<br>8:00-6:00 est. M-F |
|---|---|---|
| d. Street address<br>1515 Ringling Blvd., Suite 700 | e. City<br>Sarasota | f. State<br>FL ▼  g. ZIP code<br>34236 |

**Print and send your completed form to: Internal Revenue Service**
**PO Box 3801**
**Ogden, UT 84409**

**Exhibit B**

## Instructions for Form 3949-A, Information Referral

### General Instructions

**Purpose of the Form**
Use Form 3949-A to report alleged tax law violations by an individual, a business, or both.

## CAUTION: DO NOT USE Form 3949-A:

- o  If you suspect your **identity was stolen. Use** Form 14039. Follow "Instructions for Submitting this Form" on Page 2 of Form 14039.
- o  To report suspected **misconduct by your tax return preparer. Use** Form 14157. Submit to the address on the Form 14157.
- o  If your **paid preparer** filed a return or made changes to your return **without your authorization**. Instead, use Form 14157 AND Form 14157-A. Submit both to the address on the Form 14157-A.
- o  If **you received a notice** from the IRS about **someone claiming your exemption or dependent.** Follow the instructions on the notice. Do not complete Form 3949-A.
- o  To report an **abusive tax avoidance scheme, promotion,** or a **promoter** of such a scheme. Use Form 14242. Mail or FAX to the address or FAX number on the Form 14242.
- o  To report misconduct or **wrongdoing by a tax exempt organization** or its officers, directors, or authorized persons. Use Form 13909. Submit by mail, FAX, or email, according to the instructions on the Form 13909.

**Have information and want to claim a reward?** Use Form 211, Application For Award For Original Information. Mail it to the address in the Instructions for the form.

### Specific Instructions

**Section A – Provide Information About the Person/Business You Are Reporting, if known.**
Provide as much information as you know about the person or business you are reporting.

1.  **Complete if you are reporting an individual.** Include their name, street address, city, state, ZIP code, social security number or taxpayer identification number, occupation, date of birth, marital status, name of spouse (if married), and email address. Include as much information as you know.
2.  **Complete if you are reporting a business.** Include the business name, business street address, city, state, ZIP code, employer identification number (EIN), telephone number(s), email address, and website, if known.
     **Note: Complete both parts if you are reporting a business and its owner.**

**Section B – Use to Describe the Alleged Tax Law Violation(s)**

3.  **Check all Tax Violations That Apply to Your Report.**

     False Exemption- Claimed persons as dependents they are not entitled to claim.

     False Deductions- Claimed false or exaggerated deductions to reduce their taxable income.

     Multiple Filings- Filed more than one tax return to receive fraudulent refunds.

     Organized Crime- Member of a group of persons who engaged in illegal enterprises such as drugs, gambling, loansharking, extortion, or laundering illegal money through a legitimate business.

     Unsubstantiated Income- Reported false income from an unverifiable source in order to get a false refund.

     Earned Income Credit- Claimed Earned Income Credit which they were not entitled to receive. They may have reported income they did not earn or claimed children they were not entitled to claim.

     Public/Political Corruption- Public official or politician violated laws against using their position illegally for personal gain.

     False/Altered Documents- Changed documents, such as a W-2 or Form 1099, or created fake documents to substantiate a false refund.

     Unreported Income- Received cash or other untraceable payments, such as goods or services, and did not  report the income.

     Narcotics Income- Received income from illegal drugs or narcotics.

## Exhibit B

<u>Kickback</u>- Received illegal payments or kickbacks in exchange for referring the business of a government agency or other business towards a company or for influencing  business decisions that result in part of the payment for the business received or service performed being returned to the person who made the referral.

<u>Wagering/Gambling</u>- Did not report income received from wagering or gambling.

<u>Failure to Withhold Tax</u>- Individual or business did not withhold legally owed taxes from income paid to their employee(s), such as Social Security or Medicare taxes. Example: A business treated employees as independent contractors and issued Forms 1099, with no tax withheld, instead of a W-2.

<u>Failure to File Return</u>- Individual or business has not filed returns legally due.

<u>Failure to Pay Tax</u>- Individual or business has not paid taxes legally due.

<u>Other</u>- Describe in 5.

4. **If your report involves unreported income, indicate the year(s) and the dollar amount(s).**

5. **Briefly describe the facts of the alleged tax law violation(s) as you know them. Attach another sheet, if you need more room.**

6. **Additional Information, if known. Attach another sheet, if you need more room.**

**Section C – Provide Information about Yourself**

7. **Note: Information about yourself is NOT required to process your report, but may be helpful if we need additional information.**

**Print and send your completed form to the Internal Revenue Service at:**

**Internal Revenue Service
PO Box 3801
Ogden, UT 84409**

**Paperwork Reduction Notice**

We ask for the information on this form to carry out the Internal Revenue laws of the United States. This report is voluntary and the information requested helps us determine if there has been a violation of Income Tax Law. We need it to insure that taxpayers are complying with these laws and to allow us to figure and collect the right amount of tax.

You are not required to provide the information on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administrations of any Internal Revenue laws. Generally, tax returns and tax return information are confidential, as required by Code section 6103.

The time required to complete this form will vary depending on individual circumstances. The estimated average time is 15 minutes.

**Privacy Act Notice**

We are requesting this information under authority of 26 U.S.C. 7801. The primary purpose of this form is to report potential violations of the Internal Revenue laws. The information may be disclosed to the Department of Justice to enforce the tax laws. Providing the information is voluntary. Not providing all or part of the information will not affect you.

**Exhibit B**